1114

PEOPLE, Respondents, v. SHAW, Appellant. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Proceeding by the people of the state of New York against William R. Shaw. No opinion. Judgment of conviction affirmed.

PEOPLE ex rel. DE GRAUW, Respondents, v. COLER, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Proceeding by the people of the state of New York, on the relation of Aaron A. De Grauw, against Bird S. Coler, as comptroller of the city of New York. No opinion. Appeal dismissed by consent.

PEOPLE ex rel. DEMPSEY, Appellants, v. KELLER, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Proceeding by the people of the state of New York, on the relation of John J. Dempsey, against John W. Keller, commissioner, etc. J. H. Banton, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with costs, without prejudice to a new application, on payment of costs, in which the applicant shall set forth the civil service rules in force at the time of his appointment with regard to the probationary period.

PEOPLE ex rel. ECKERSON et al. v. ZUNDEL et al. (four cases). (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Proceeding by the people of the state of New York, on the relation of J. Esler Eckerson and others, against Charles H. Zundel and others, assessors and trustees, etc. No opinion. Motion to resettle order denied, and order directed to stand as originally signed. No costs to either party. See 55 N. Y. Supp. 1145.

PEOPLE ex rel. ECKERSON et al., Respondents, v. ZUNDEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Proceeding by the people of the state of New York, on the relation of J. Esler Eckerson and others, against Charles H. Zundel and others. No opinion. Motion to open default granted, and hearing on original application set down for the third Monday of January, instant. See 55 N. Y. Supp. 1145.

PEOPLE ex rel. FORD, Appellants, v. GILLETTE et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Proceeding by the people of the state of New York, on the relation of William T. Ford, against George L. Gillette and others, assessors of the town of Clifton Park, Saratoga county. No opinion. Order affirmed.

PEOPLE ex rel. FORD, Appellants, v. GILLETTE et al., Respondents. (Supreme Court, Appellate Division Third Department. January 17 1899.) Proceeding by the people of the state of New York, on the relation of William T. Ford, against George L. Gillette and others, assessors of the town of Clifton Park, Saratoga county. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. JOYCE, Appellant, v. VAN WART, Respondent. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Proceeding by the people of the state of New York, on the relation of John J. Joyce, against Gerard B. Van Wart. No opinion. Motion to resettle order granted. See 55 N. Y. Supp. 522.

PEOPLE ex rel. KARELSEN, Respondent, v. SCULLY, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Proceeding by the people of the state of New York, on the relation of Adolphus E. Karelsen, against P. Joseph Scully, as city clerk of the city of New York. No opinion. Appeal dismissed, without costs.

PEOPLE ex rel. KARLEN, Appellant, v. DALTON, Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Proceeding by the people of the state of New York on the relation of Alfred T. Karlen against William Dalton as commissioner, etc. L. L. Kellogg, for appellant. T. Connoly, for respondent. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. NEW YORK CLEARING–HOUSE BLDG. CO., Appellant, v. BARKER et al., Respondents. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Proceeding by the people of the state of New York, on the relation of the New York Clearing-House Building Company against Edward T. Barker and others. D. Willcox, for appellant. J. M. Ward, for respondents. No opinion. Order affirmed, with costs, on the authority of People v. Barker, 31 App. Div. 315, 51 N. Y. Supp. 1102, 53 N. Y. Supp. 1111.

PEOPLE ex rel. ROBERTSON v. BOARD OF SUP'RS OF WASHINGTON COUNTY. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Proceeding by the people of the state of New York, on the relation of James W. Robertson, against the board of supervisors of Washington county. No opinion. Motion to discontinue granted.

PERRY, Respondent, v. ROBERTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Napoleon Perry against Garrett Roberts. No opinion. Judgment of the county court and of the justice's court affirmed, with costs. All concur, except FOLLETT, J., not voting.

PETRIE, Respondent, v. ENOS, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by James Petrie against William H. Enos, as sheriff of Oswego county. No opinion. Judgment affirmed, with costs.

PLUEMACHER, Respondent, v. BATAILLE et al., Appellants. (Supreme Court, Appellate Term. January 23, 1899.) Action by Charles Pluemacher against Achille Bataille and another. From a judgment for plaintiff, defendants